# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

STEVEN CRAWFORD,

       Plaintiff,       :       Case No. 3:08-cv-233

                                  District Judge Thomas M. Rose
      -vs-                            Chief Magistrate Judge Michael R. Merz

                              :

JEFFREY E. FROELICH, et al.,

       Defendants.

---

### ORDER GRANTING PRISONER *IN FORMA PAUPERIS* STATUS
### AND ORDERING THE COLLECTION OF THE FULL FILING FEE;
### DIRECTIONS TO THE CLERK

---

      Plaintiff, a prisoner, has filed an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915(a) in connection with a civil suit.  In accordance with section 804(a)(3) of the Prison Litigation Reform Act of 1995, Pub. L. No. 104-134, 110 Stat. 1321, amending 28 U.S.C. § 1915, plaintiff must pay an initial partial filing fee of 20 percent of the greater of the average monthly deposits to his or her prison account or the average monthly balance in his or her account for the six-month period immediately preceding the filing of the complaint.  After payment of the initial partial filing fee, plaintiff is further required to make monthly payments of 20 percent of the preceding month's income credited to his or her prison account until he or she pays the full amount of the filing fee.  Prison Litigation Reform Act of 1995, Pub. L. No. 104-134, 110 Stat. 1321,  804(a)(3).

      Plaintiff's application reveals that he or she has insufficient funds in his or her prison account to pay the full filing fee; he or she currently possesses the sum of $0.99 in his or her prison account; his or her average monthly balance for the six month period prior to November 15, 2005, was $125.00; and his or her average monthly deposits for the six-month period prior to filing amounted to $150.00.

      Plaintiff failed to file a proper application under the PLRA to indicate what his receipts have been.  **Plaintiff is accordingly assessed an initial partial filing fee of $10.00**.  The incarcerating institution is ORDERED to forward from plaintiff's prison account to the Clerk of Court located in Dayton, Ohio, the initial partial filing fee assessed against plaintiff, when funds are available in plaintiff's account, until such initial fee is paid.  Thereafter, the incarcerating institution is ORDERED to forward to the Clerk of Court located in Dayton, Ohio, monthly payments of 20 percent of plaintiff's preceding month's income credited to his or her prison account each time the amount in plaintiff's accounts exceeds $10.00 until the full amount of the filing fee is paid.  *The prisoner's name and case number <u>must</u> be noted on each remittance.*

      Checks are to be made payable to:  **Clerk, U.S. District Court**

      Checks are to be sent to:

**Prisoner Accounts Receivable**
**Room 712**
**200 West Second Street**
**Dayton, Ohio 45402**

No process shall be issued pending further order of the Court after initial merits review under 28 U.S.C. §1915.

.
July 3, 2008.

s/ **Michael R. Merz**
Chief United States Magistrate Judge